# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | FLORES, Margarita Torres | Docket No. | 4:17CR06015-MKD-2 |

### Petition for Action on Conditions of Pretrial Supervision

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Margarita Torres Flores, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the Court at Yakima, Washington, on the 25th day of April 2017, under the following conditions:

**Special Condition #9**: Defendant shall participate in a program of location monitoring. The defendant shall wear, at all time, an electronic device under the supervision of the Unites States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United Sates Probation/Pretrial Services Office.

**Special Condition #10:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Diversion in the Eastern District of Washington by:

**Violation #1:** On May 1, 2017, Margarita Torres Flores traveled to two separate locations not approved by the supervising officer.

**Violation #2:** On May 3, 2017, Margarita Torres Flores traveled to two separate locations not approved by the supervising officer and Ms. Torres was 17 minutes late returning to her residence.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: May 5, 2017 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violations contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

5/5/2017

Date