UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARGARITA TORRES,<br><br>　　　　　Defendant. | No. 4:17-CR-6015-EFS-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 74** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 74). For the reasons set forth in Defendant's motion;

IT IS HEREBY ORDERED:

1. Defendant's motion (ECF No. 74) is GRANTED.
2. Defendant's Special Condition of Release 10 (ECF No. 34) is modified to impose home curfew from 10:00 PM to 5:00 AM, or as otherwise determined by the United States Probation/Pretrial Services Office.

DATED November 2, 2017.

　　　　　　　　　　*s/Mary K. Dimke*
　　　　　　　　　　MARY K. DIMKE
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1