Report Date: December 22, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores      Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:      Burbank, Washington 99323

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense: Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence: Prison 3 days; TSR - 48 days      Type of Supervision: Supervised Release

Asst. U.S. Attorney: Stephanie A. Van Marter      Date Supervision Commenced: December 5, 2017

Defense Attorney: Federal Public Defender      Date Supervision Expires: December 4, 2021

## PETITIONING THE COURT

To issue a **summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Flores' conditions were reviewed with her on December 8, 2017. She signed her conditions acknowledging an understanding of her conditions which includes mandatory condition number 1, as noted above. |
| | Ms. Flores violated her term of supervised release in Pasco, Washington, on or about December 19, 2017, by being charged in Franklin County Superior Court with fraud, case number 17-1-50788-1. According to police reports, Ms. Flores attempted to cash a stolen money order at the Pasco Money Tree store. Her next court date is scheduled for January 2, 2018, in Franklin County Superior Court. |
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Flores' conditions were reviewed with her on December 8, 2017. She signed her conditions acknowledging an understanding of her conditions which includes |

        special condition number 4, as noted above.

        Ms. Flores reported to the U.S. Probation Office in Richland on December 8, 2017. She was asked to provide a urine sample for testing and was unable to do so. She was directed to report back to the U.S. Probation Office in Richland, on December 11, 2017, to provide a urine sample. Ms. Flores reported as directed on December 11, 2017, and provided a urine sample which tested presumptive positive for methamphetamine. The sample was sent to Alere Laboratories for confirmation. Alere Laboratories reported on December 14, 2017, that the sample was positive for methamphetamine.

        Ms. Flores reported to the U.S. Probation Office on December 18, 2017. During this meeting, she admitted to using methamphetamine on or about December 6, 2017, and signed an admission of use form. Ms. Flores stated to the undersigned officer that she was around the wrong people and did not know why she decided to use, but understood that she made a poor decision.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 22, 2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  Other - Summons previously issued on December 21, 2017

*Edward F. Shea*

Signature of Judicial Officer

December 22, 2017

Date