Report Date: January 9, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores      Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:      Burbank, Washington 99323

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 3 days; TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: December 5, 2017 |
| Defense Attorney: | Scott W. Johnson |
| | Date Supervision Expires: December 4, 2021 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/21/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Flores' conditions were reviewed with her on December 8, 2017. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 4, as noted above. |
| | Per Ms. Flores' referenced condition of supervised release, she was referred to random urinalysis testing at First Step Community Counseling Services on December 28, 2017. She was assigned the color "brown" and was directed to call First Step's urinalysis hotline daily. In the event that First Step reported that the color of the day was "brown," she was directed to report to their office and submit to testing. |

On January 2, 2018, the color of the day for drug testing at First Step was "brown." Ms. Torres reported to First Step as directed and provided a urinalysis sample which tested presumptive positive for methamphetamine and amphetamine. First Step sent the urinalysis sample to Alere Laboratory for confirmation on the same date. Alere Laboratory reported on January 8, 2018, that the urinalysis sample submitted by Ms. Flores on January 2, 2018, was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 10, 2018
Date