Report Date: January 16, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

Jan 16, 2018  

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores         Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:                              Burbank, Washington 99323

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense:        Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:       Prison - 3 days; TSR - 48 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Stephanie A. Van Marter                   Date Supervision Commenced: December 5, 2017

Defense Attorney:        Scott W. Johnson                          Date Supervision Expires: December 4, 2021

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2017 and 01/09/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Flores' conditions were reviewed with her on December 8, 2017. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 4, as noted above.

Ms. Flores reported as directed to the U.S. Probation Office in Richland on January 10, 2018. She provided a urine sample which tested presumptive positive for THC and methamphetamine. The sample was sent to Alere Laboratories for confirmation. Alere Laboratories reported on January 16, 2018, that the sample was confirmed positive for THC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a

warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/16/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 16, 2018
Date