# United States District Court

## for the

## Eastern District of Washington

Report Date: January 17, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margarita Torres Flores | Case Number: 0980 4:17CR06015-002 |
| Address of Offender: | Burbank, Washington 99323 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense: Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

| | | |
|---|---|---|
| Original Sentence: | Prison 3 days; TSR - 48 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: December 5, 2017 |
| Defense Attorney: | Scott W. Johnson | Date Supervision Expires: December 4, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2017, 01/09/2018 and 01/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Flores' conditions were reviewed with her on December 8, 2017. She signed her conditions acknowledging and understanding of her conditions which includes special condition number 4, as noted above. |
| | Ms. Flores reported to the U.S. Probation Office on January 17, 2018. Ms. Flores admitted to using methamphetamine on or about January 14, 2018, and signed and admission report for this use. She provided a urinalysis sample, which tested positive for methamphetamine and THC. The sample was sent to Alere Laboratories for confirmation. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/17/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

January 18, 2018

Date