PROB 12C
(6/16)

Report Date:  January 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores          Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:                        Burbank, Washington 99323

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 3 days; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: February 14, 2018 | Prison - 4 months; TSR - 44 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: May 14, 2018 |
| Defense Attorney: | Scott W. Johnson | Date Supervision Expires: January 13, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to report as directed on January 17, 2019.

Ms. Flores' conditions were reviewed with her on May 14, 2018. She signed her condition forms, acknowledging and understanding of her conditions which includes standard condition number 2, as listed above.

The undersigned officer contacted Ms. Flores at her residence on January 15, 2019. During this contact, it was noted that Ms. Flores' car was under repair. She was directed to contact the undersigned officer for reporting instructions to provide a urinalysis test.

Prob12C
**Re: Flores, Margarita Torres**
**January 22, 2019**
**Page 2**

On January 16, 2019, the undersigned officer contacted Ms. Flores by telephone. Ms. Flores reported that she was getting her car fixed and would not be able to report. She was directed to report, in person, by 10:00 a.m. on January 17, 2019, and to provide a urinalysis test.

On January 17, 2019, a text message was received from Ms. Flores at 9:31 a.m. The text stated "I'm getting my tire checked out I think my rim is cracked I'll be there soon I apologise for being late". Ms. Flores failed to report as directed on January 17, 2019, and failed to contact the undersigned officer after the last text message was received.

The undersigned officer attempted to contact Ms. Flores at her home on January 22, 2019. Contact was made with Ms. Flores' brother and sisters, who stated she had not been at the home for approximately a week. They said her daughter is in the care of their mother for most of the time, and they believe Ms. Flores is surrounding herself with people who use controlled substances.

2    **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release as she is in noncompliance with substance abuse treatment.

Ms. Flores' conditions were reviewed with her on May 14, 2018. She signed her condition forms, acknowledging and understanding of her conditions which includes standard condition number 5, as listed above.

Ms. Flores began receiving treatment services at First Step Community Counseling in June 2018. The most recent progress report received on January 9, 2019, indicated she is in noncompliance as she has failed to attend her required treatment sessions and has not scheduled an individual session. All of her missed treatment sessions have been unexcused.

3    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to submit to urinalysis testing as directed on January 8, 9, and 17, 2019.

Ms. Flores' conditions were reviewed with her on May 14, 2018. She signed her condition forms, acknowledging and understanding of her conditions which includes standard condition number 6, as listed above.

Ms. Flores reported to the U.S. Probation Office on January 8, 2019. She was directed to submit a urinalysis test. She stated that she used the restroom before she reported and was unable to provide a sample. She was reminded that she needs to be prepared to provide a

Prob12C
**Re: Flores, Margarita Torres**
**January 22, 2019**
**Page 3**

sample every time she reports to the office. She was directed to report on January 9, 2019, at 10:00 a.m. for a urinalysis test.

On January 9, 2019, Ms. Flores notified the undersigned officer that her car broke down and was not able to report to the office to provide a urinalysis test. The undersigned officer contacted Ms. Flores at her residence on January 15, 2019, and confirmed that there were some issues with her car that needed fixing. On January 16, 2019, Ms. Flores advised she was having her car fixed and it would be ready by that afternoon. She was directed to report, in person, on January 17, 2019, at 10:00 a.m., and to provide a urinalysis test at that time.

On January 17, 2019, a text message was received from Ms. Flores at 9:31 a.m. The text stated "I'm getting my tire checked out I think my rim is cracked I'll be there soon I apologise for being late". Ms. Flores failed to report as directed on January 17, 2019, and failed to contact the undersigned officer after the last text message was received.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/22/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

*Edward F. Shea*

Signature of Judicial Officer

January 22, 2019

Date