PROB 12C
(6/16)

Report Date: January 3, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores     Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:     Burbank, Washington 99323

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense:     Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:     Prison - 3 days         Type of Supervision: Supervised Release
                       TSR - 48 days

Revocation Sentence:   4 months jail
February 14, 2018      TSR - 44 months

Revocation Sentence:   3 months jail
May 28, 2019           TSR - 41 months

Asst. U.S. Attorney:   Stephanie A. Van Marter     Date Supervision Commenced: August 6, 2019

Defense Attorney:      Scott W. Johnson            Date Supervision Expires: January 5, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to report as directed on December 19, 2019.

Ms. Flores' term of supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including standard condition number 2, as noted above.

Prob12C
**Re: Flores, Margarita Torres**
**January 3, 2020**
**Page 2**

|   |   |
|---|---|
|   | Ms. Flores was directed to report and attend the STEP court hearing on December 19, 2019. On December 16, 2019, a text message was received from Ms. Flores indicating she was going to report in as directed on December 19, 2019, to see the undersigned officer and attend STEP. Ms. Flores failed to report or attend the STEP meeting on December 19, 2019. |
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Ms. Flores is considered to by in violation of her conditions of supervised release by failing to report for random urinalysis testing at Merit Resource services on December 10, and 26, 2019. |
|   | Ms. Flores' term of supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including special condition number 4, as noted above. |
|   | On November 7, 2019, Ms. Flores was directed to call the color line urinalysis testing program daily at Merit Resource Services and to report to their office and submit to urinalysis testing whenever the color "gold" was called as the color of the day. Notice was received from Merit Resource Services that Ms. Flores failed to report as directed when the color "gold" was called on December 10 and 26, 2019. |
| 3 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Ms. Flores is considered to by in violation of her conditions of supervised release by admitting to using methamphetamine on or about December 28, 2019. |
|   | Ms. Flores' term of supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including special condition number 4, as noted above. |
|   | Ms. Flores reported to the U.S. Probation Office on January 2, 2020. During this meeting, she admitted to using methamphetamine on or about December 28, 2019. A urinalysis test was submitted and tested presumptively positive for the presence of methamphetamine and was sent to Alere Laboratories for confirmation. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Flores, Margarita Torres**
**January 3, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/03/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

1/3/2020

Date