Report Date: January 21, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores  Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:  Burbank, Washington 99323

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense: Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:  Prison - 3 days  Type of Supervision: Supervised Release
TSR - 48 months

Revocation Sentence:  Prison - 4 months
(February 14, 2018)  TSR - 44 months

Revocation Sentence:  Prison - 3 months
(May 28, 2019)  TSR - 41 months

Asst. U.S. Attorney: Stephanie A. Van Marter  Date Supervision Commenced: August 6, 2019

Defense Attorney: Paul E. Shelton  Date Supervision Expires: January 5, 2023

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/03/2020.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by using a controlled substance, methamphetamine, on or about January 13, 2020.

Ms. Flores' term of supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including special condition number 4, as noted above.

On November 7, 2019, Ms. Flores was directed to call the color line urinalysis testing program daily at Merit Resource Services and to report to their office and submit to urinalysis testing whenever the color "gold" was called as the color of the day. On January 13, 2020, the color "gold" was called and Ms. Flores provided a urinalysis sample as directed. This sample tested presumptively positive for methamphetamine and was sent to Alere Laboratories for confirmation. The sample was confirmed as positive for methamphetamine on January 19, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 21, 2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

January 22, 2020

Date