PROB 12C
(6/16)

Report Date: February 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margarita Torres Flores     Case Number: 0980 4:17CR06015-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

Original Offense:    Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:   Prison - 3 days          Type of Supervision: Supervised Release
                     TSR - 48 days

Revocation Sentence: February 14, 2018
                     Prison - 4 months
                     TSR - 44 months

Revocation Sentence: May 28, 2019
                     Prison - 3 months
                     TSR - 41 months

Asst. U.S. Attorney:  Stephanie A. Van Marter     Date Supervision Commenced: August 6, 2019

Defense Attorney:    Paul E. Shelton              Date Supervision Expires: January 5, 2023

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2020 and 01/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by using a controlled substance, methamphetamine, on or about January 13, 2020. |

Prob12C
**Re: Flores, Margarita Torres**
**February 6, 2020**
**Page 2**

Ms. Flores' term of supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including special condition number 4, as noted above.

On February 3, 2020, Ms. Flores reported to the United States Probation Office as directed. She was asked to provide a urinalysis (UA) sample. The sample tested positive for methamphetamine. Ms. Flores admitted to using methamphetamine on or about January 30, 2020, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/06/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

February 6, 2020

Date