PROB 12C
(6/16)

Report Date: February 19, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margarita Torres Flores | Case Number: 0980 4:17CR06015-EFS-2 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 3 days; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 14, 2018) | Prison - 4 months; TSR - 44 months | |
| Revocation Sentence: (May 28, 2019) | Prison - 3 months; TSR - 41 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 6, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: January 5, 2023 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 3, January 22, and February 6, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to report for a random urinalysis test on February 18, 2020. |
| | Ms. Flores' supervised release commenced on August 6, 2019. Her conditions of release were reviewed with and signed by her on August 7, 2019, indicating an understanding of her conditions of supervised release, including special condition number 4, as noted above. |

On November 7, 2019, Ms. Flores was directed to call the colorline urinalysis testing program daily at Merit Resource Services, and to report to their office and submit to urinalysis testing whenever the color "gold" was called as the color of the day.

Contact with Merit was made on February 19, 2020, and they confirmed that Ms. Flores' color "gold" was called on February 18, 2020, and she did not attend her urinalysis test. Merit also reported Ms. Flores did not attend her scheduled treatment session date either.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 19, 2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other  Defendant to appear before Judge Bastian.

Edward F. Shea

Signature of Judicial Officer

February 19, 2020

Date