PROB 12C
(6/16)

Report Date: June 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Margarita Torres Flores | | Case Number: 0980 4:17CR06015-EFS-2 | |
| Last Known Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Burbank, Washington 99323 | | | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 5, 2017

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 3 days; TSR - 48 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (February 14, 2018) | Prison- 4 months; TSR- 44 months | | |
| Revocation Sentence: (May 28, 2019) | Prison 3 months; TSR- 41 months | | |
| Revocation Sentence: (April 20, 2020) | Prison-10 months; TSR- 24 months | | |
| Asst. U.S. Attorney: | Frances E. Walker | Date Supervision Commenced: January 8, 2021 | |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: January 7, 2023 | |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

On January 8, 2021, a United States Probation Officer reviewed with Ms. Flores all of her conditions and requirements of supervision. Ms. Flores signed a copy of her conditions of supervision in which she acknowledged a full understanding of her conditions.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by not being truthful about the reason for a change in address on or about May 5, 2022. |

Prob12C
Re: Flores, Margarita Torres
June 3, 2022
Page 2

On May 5, 2022, Ms. Flores reported to the undersigned officer she chose to move out of the Oxford House where she was residing to help her mother. The undersigned officer later learned Ms. Flores had been removed from the Oxford House after she had provided a positive drug test for alcohol, and she would not be allowed to return back into the Oxford House for 30 days because of the positive drug test. Ms. Flores later admitted to the undersigned officer to not having been honest about the circumstances for why she was removed from the Oxford House and reported she did not mean to make it look like she had lied.

2   **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by having used alcohol on or about May 4, 2022.

The undersigned officer contacted the president of the Oxford House, where Ms. Flores was last known to reside, who reported Ms. Flores completed a house drug test on May 4, 2022, that was positive for alcohol. Ms. Flores initially denied any use of alcohol so the sample was sent to the laboratory for confirmation. Ms. Flores later contacted the house president and told her the drug test would return positive for alcohol.

On May 9, 2022, Ms. Flores reported to the probation office and during this office contact denied any alcohol use. Ms. Flores reported she had taken over-the-counter NyQuil medicine the night before she completed the drug test at the Oxford House and that she could not think of any other reason to explain this positive result.

3   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by using a controlled substance, methamphetamine, on or about May 9, 2022.

On May 9, 2022, Ms. Flores reported to the probation office. During this office contact, Ms. Fores denied using any controlled substances or alcohol. Ms. Flores completed a drug test and this sample was sent to Abbott Laboratory for confirmation. The probation office received the drug test report on May 13, 2022, confirming a positive drug test result for amphetamine and methamphetamine.

4   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to report for drug testing as required on or about May 12, 2022.

Prob12C
**Re: Flores, Margarita Torres**
**June 3, 2022**
**Page 3**

Ms. Flores was referred to Merit Resource Services (Merit) on April 15, 2022, to participate in the color line program for random drug testing. Ms. Flores was instructed to call the color line daily, Monday through Friday, and to report to Merit for drug testing when her assigned color was called.

Ms. Flores did not report to Merit for drug testing as required on May 12, 2022. Ms. Flores did not contact the undersigned officer to report she missed a drug test that day, and waited until the next day to contact the undersigned officer via text message. Ms. Flores reported she did not report for drug testing on May 12, 2022, because she was not feeling well and she was going to get a COVID-19 test. Ms. Flores later provided a copy of the COVID-19 negative test results.

| | |
|---|---|
| 5 | **Standard Condition # 4**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Flores is considered to be in violation of her conditions of supervised release by failing to report to the probation officer via telephone as instructed on or about May 13, 2022.

On May 13, 2022, the undersigned officer called Ms. Flores, and she did not answer. The undersigned officer was unable to leave a voice message as voice mail was not set up. The undersigned officer then sent Ms. Flores a text message instructing her to call the undersigned officer before 5 p.m. on that same date. Ms. Flores did not call the undersigned officer as instructed. Later that night after 10 p.m., Ms. Flores sent the undersigned officer a text message stating she had just woke up.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 3, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Flores, Margarita Torres**
**June 3, 2022**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

June 6, 2022

Date